**KIRBY McINERNEY LLP**

825 Third Avenue
New York, NY 10022
212.371.6600
Fax. 212.699.1194
www.kmllp.com

**MEMO ENDORSED**

July 30, 2015

Of counsel
Roger W. Kirby
Alice McInerney

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/2015
```

Re:   *Shak et al. v. JP Morgan Chase & Co., et al.*, 15 Civ. 00992
       *Wacker v. JP Morgan Chase & Co., et al.*, 15 Civ. 00994
       *Grumet v. JP Morgan Chase & Co., et al.*, 15 Civ. 00995

Dear Judge Engelmayer:

We represent the Plaintiffs in the above-referenced related actions. We write pursuant to Local Civil Rule 7.1(d) and Rule 3(I) of Your Honor's Individual Practices to request leave to file a single brief of 40 pages in opposition to the Defendants' joint memorandum of law filed in support of their motions to dismiss the three actions listed above. The Court's rules otherwise limit memorandum of law in support of or in opposition to a motion to dismiss to 25 pages.

We make this request because, on June 12, 2015, Your Honor memo endorsed the Defendants' request to file a single brief addressing all three actions of no more than 40 pages in length. Plaintiffs respectfully believe that a page enlargement of up to an additional 15 pages is necessary to sufficiently address the various arguments raised in Defendants' combined brief. Additionally, as with Defendants' request, permitting Plaintiffs to file a modestly enlarged unified brief will streamline briefing and ultimately result in a shorter submission than if Plaintiffs were to each file their own briefs. The parties have conferred and Defendants have consented to this request. We thank the Court for its consideration of this request.

Granted. The Court appreciates these efforts to brief the issues efficiently.

**SO ORDERED:**

7/31/2015

*[signature]*

**HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE**

cc:   All Counsel of Record (by ECF)

Respectfully submitted,

/s/ *David E. Kovel*
David E. Kovel

*Counsel for Plaintiffs*

NEW YORK          CALIFORNIA