# KIRBY McINERNEY LLP

250 Park Avenue
New York, NY 10177
212.371.6600
Fax. 212.751.2540
WWW.KMLLP.COM
Of counsel
  Roger W. Kirby
  Alice McInerney

May 30, 2019

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Shak et al. v. JPMorgan Chase & Co., et al.*, No. 15 Civ. 992 (PAE); *Wacker v. JPMorgan Chase & Co., et al.*, No. 15 Civ. 994 (PAE); and *Grumet v. JPMorgan Chase & Co., et al.*, No. 15 Civ. 995 (PAE)

Dear Judge Engelmayer:

    We represent Plaintiffs in the above-referenced actions and write with respect to this Court's order, dated November 30, 2018 (ECF No. 263), ordering the parties to notify the Court in writing of their views as to the continuing need for a stay in the above-captioned actions. Plaintiffs do not oppose the Government's May 29, 2019 motion for an extension of the current stay (ECF No. 265), requesting an additional five months through October 31, 2019.

    We are available at the Court's convenience to discuss further.

                          Respectfully submitted,

                           /s/ David E. Kovel
                           David E. Kovel

                           *Counsel for Plaintiffs*

cc: All Counsel of Record (by Electronic Filing)